UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: LAURA M. LABARGE

Debtor(s).

Case No. 14-42944-BDL

ATTORNEY'S APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE

ELLEN ANN BROWN, attorney for the debtor(s), applies for fees and/or costs and expenses in the amount of $1700.00.

I certify under penalty of perjury that the following is true and correct:

1. This application includes amounts for:
   ☐ Pre-Confirmation compensation.
   ☒ Post-Confirmation compensation.
   ☐ Pre- and Post-Confirmation compensation.
2. The requested sum represents services rendered and / or costs and expenses incurred from 8/29/14 to 5/10/19, as set forth in the itemized time record attached pursuant to Local Rules W.D. Wash. Bankr. 2016-1(e)(3).
3. A plan
   ☒ was confirmed in this case on 8/1/14 (ECF Docket No. 21).
   ☐ has not been confirmed. If a plan has not been confirmed, I have attached an explanation of why I should be awarded compensation pre-confirmation.
4. This is my FIRST (first, second, etc.) application for compensation. I was previously awarded compensation as follows:
   $_____ on _____ (ECF Docket No. _____)
   $_____ on _____ (ECF Docket No. _____)
   $_____ on _____ (ECF Docket No. _____)
   $_____ on _____ (ECF Docket No. _____)
   $_____ on _____ (ECF Docket No. _____)
5. The debtor(s) paid me $ 350.00 prior to filing.
6. If approved, the total approved compensation will be $ 5200.00 (includes the amount debtor(s) paid me directly prior to filing this case, all compensation previously awarded and the compensation requested in this application).

7. If I was awarded the presumptive fee and this is my first application for compensation, the attached itemized time record includes all services I have provided for representation of the debtor(s) in any capacity whatsoever in connection with this case.
8. Allowance of the compensation requested in this application
   ☐ will require plan modification (e.g., the compensation makes the plan infeasible).
   ☒ will not require plan modification.

I REQUEST THAT:
1. The Court award the compensation requested.
2. The awarded compensation be allowed as an administrative expense under 11 U.S.C. § 503(b) and paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).
3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to the debtor(s) in care of Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

A proposed order that conforms to Local Forms W.D. Wash. Bankr., Form 13-10 is attached.

DATE: 05/10/2019                            /s/ Ellen Ann Brown WSB 27992
                                            APPLICANT